# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zwart, Cheryl R. | U.S. District Court--Nebraska | 5/14/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge--Full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Robert V. Denney Courthouse
100 Centennial Mall, N. #566
Lincoln, NE 68508

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Inn Administrator--5/2013 to present | Robert Van Pelt Inn of Court Lincoln, Nebraska |
| 2. | Executive committee member--5/2011 to present | Robert Van Pelt Inn of Court Lincoln, Nebraska |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/14/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | UNL college of Law -- teaching | $7,800.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/14/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA | Credit card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental Property #1 Lincoln, NE 2007 65,000 | | None | L | R | | | | | |
| 2. Rental Property #2 Orlando, FL 2008 $142,000 | | None | M | R | | | | | |
| 3. Farmland, Lincoln County, SD 1/3 of $219,000 10/2001 X -seeVIII | | None | M | S | Sold | 12/31/15 | M | F | Butzer Dakota NE Qtr,LLC |
| 4. Farmland, Lincoln County, SD 1/3 of 568,000 as of 5/25/15 X -see VIII | | None | M | Q | Sold | 12/31/15 | M | A | Butzer Dakota NE Qtr, LLC |
| 5. Acreage, Lincoln County, SD 4/2013 $190,000 | A | Rent | M | R | | | | | |
| 6. Disney Vacation Club, Lake Buena Vista, FL 12,000 8/1992 | | None | J | R | | | | | |
| 7. Vanguard Total Stock Mkt Index | A | Dividend | J | T | Buy | 07/20/15 | J | | |
| 8. Vanguard Prime Money Market Fund X See VIII | A | Interest | J | T | | 08/27/15 | J | | |
| 9. Vanguard Windsor II Fund Inv X See VIII | A | Dividend | J | T | | 08/27/15 | J | | |
| 10. Vanguard Target Retirement 2015 X See VIII | A | Int./Div. | J | T | | 08/27/15 | J | | |
| 11. Vanguard Target Retirement Income X See VIII | A | Int./Div. | K | T | | 08/27/15 | K | | |
| 12. Vanguard Long-Term Bond Index X See VIII | A | Dividend | J | T | | 08/27/15 | K | | |
| 13. Vanguard Long-Term Bond Index Adm X See VIII | A | Dividend | K | T | | 08/27/15 | K | | |
| 14. Vanguard GNMA Fund Admiral Shares X See VIII | A | Dividend | J | T | | 08/27/15 | J | | |
| 15. Vanguard Target Retirement 2010 X See VIII | A | Int./Div. | K | T | | 08/27/15 | K | | |
| 16. Vanguard Inter-Term Bond Index Adm X See VIII | A | Dividend | K | T | | 08/27/15 | K | | |
| 17. Capital Income Builder CL A X See VIII | A | Dividend | J | T | | 08/27/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/14/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Investment Co. of America CL A X See VIII | A | Dividend | J | T | | 08/27/15 | J | | |
| 19. Vanguard GNMA Fund Investor Shares | A | Dividend | J | T | | | | | |
| 20. Vanguard Inflation-Protected Securities Fund Investor Shares | A | Dividend | J | T | | | | | |
| 21. Vanguard Intermediate Term Bond Index Fund Investor Shares | A | Dividend | J | T | | | | | |
| 22. Vanguard Long-Term Investment-Grade Fund Investor Shares | A | Dividend | J | T | | | | | |
| 23. Vangaurd Global Equity Fund | A | Dividend | J | T | | | | | |
| 24. Vanguard Primecap Core Fund | A | Dividend | L | T | | | | | |
| 25. Vanguard Windsor II Fund | C | Dividend | L | T | | | | | |
| 26. Vanguard Intermediate Term Bond Index Admiral Shares Fund | A | Dividend | J | T | | | | | |
| 27. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 28. Dodge & Cox Balanced Fund | A | Dividend | K | T | | | | | |
| 29. Dodge & Cox Income Fund | B | Dividend | K | T | | | | | |
| 30. Dodge & Cox International Stock Fund | A | Dividend | K | T | | | | | |
| 31. Fairholme Fund | A | Dividend | K | T | | | | | |
| 32. USAA High Income Fund (f/k/a/ High-Yield Opportunities Fund) | A | Dividend | K | T | | | | | |
| 33. USAA Gov't Securities Fund (f/k/a GNMA Trust) | A | Dividend | J | T | | | | | |
| 34. USAA Income fund | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/14/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. USAA Intermediate Term Bond fund | A | Dividend | J | T | | | | | |
| 36. USAA Short-term Bond Fund | A | Dividend | J | T | | | | | |
| 37. USAA Precious Metals and Minerals fund | A | Dividend | J | T | | | | | |
| 38. USAA World Growth Fund | A | Dividend | J | T | | | | | |
| 39. USAA Target Retirement 2040 Fund | A | Int./Div. | J | T | | | | | |
| 40. USAA Target Retirement fund | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/14/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII line 3   Under my father's will, I received a 1/3 joint interest in 80 acres of farmland (which included a farmstead), subject to a life estate, on October 1, 2001. I was a 1/3 owner of the remaining 73 acres subject to the life estate until May 25, 2015.  The life estate ended upon my mother's death on May 25, 2015.  The farmland was sold on December 31, 2015 to Butzer Dakota NE Quarter, LLC.

VII line 4 Under my mother's will, I received a 1/3 joint interest in 80 acres of farmland upon her death on May 25, 2015.  The appraised value of the total 80 acres on that date was $568,000.  On December 31, 2015, the farmland described in line 4 (and in line 3) was sold to Butzer Dakota NE Quarter, LLC.

VII lines 8-16  My mother held amounts in each of these Vanguard mutual funds at the time of her death (May 25, 2015).  To effectuate the terms of her will, my 1/3 share of each of these fund investments was transferred into a Vanguard account in my name (jointly with my husband) on 8/27/2015, with the 1/3 amount received by me remaining in the same mutual fund choices held by my mother.

VII lines 17-18   My mother had an Edward Jones investment account with amounts held in each of these mutual funds at the time of her death (May 25. 2015).  To effectuate the terms of her will, my 1/3 share of each of these fund investments was transferred into an Eward Jones  account in my name (jointly with my husband) on 8/27/2015, with the 1/3 amount received by me remaining in the same mutual fund choices held by my mother.

| Name of Person Reporting | Date of Report |
|---|---|
| Zwart, Cheryl R. | 5/14/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Cheryl R. Zwart**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544